# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00112-CV

**David Henry Hansen, Appellant**

**v.**

**Terry Ann Hansen, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 10,978, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

David Henry Hansen has filed a motion to dismiss this appeal, stating that he and Terry Ann Hansen have entered into an agreement under which all matters in controversy between the parties have been fully settled and compromised.  We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   July 5, 2007